UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 APR 19 PM 2:36

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LYNWYN WARNER, <br><br> Defendant. | CASE NO. 3:19-cr-72 <br><br> JUDGE Walter H. Rice <br><br> INFORMATION <br><br> 42 U.S.C. § 1383a(a)(3) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(Supplemental Security Income Fraud)

From in or about January 2008, and continuing until in or about August 2017, in the Southern District of Ohio,

**LYNWYN WARNER,**

defendant herein, having knowledge of the occurrence of any event affecting her initial and continued right to any Supplemental Security Income benefit, concealed and failed to disclose such event with an intent fraudulently to secure such benefit in a greater amount and quantity than was due and when no such benefit was authorized.

In violation of 42 U.S.C. § 1383a(a)(3).

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

*(signature)*

TIMOTHY LANDRY (MA 669554)
Special Assistant United States Attorney